UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JESUS ROBERTO VILLARREAL, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL ACTION NO. 1:18-CV-145 |
| § | |
| LORIE DAVIS, § | |
| § | |
| Respondent. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On January 25, 2019, the United States Magistrate Judge filed a Report and Recommendation (Doc. 18). Petitioner filed timely objections to the Report and Recommendation. (Doc. 22).

Having considered *de novo* the Magistrate Judge's Report and Recommendation and the issues raised by Petitioner's objections, the Court agrees with the analysis and the conclusions reached by the Magistrate Judge, and ADOPTS the Report and Recommendation. Accordingly, it is:

ORDERED that Respondents' Motion for Summary Judgement (Doc. 16) is GRANTED;

ORDERED that Petitioner's Petition for a Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 is DISMISSED; and

ORDERED that a Certificate of Appealability is DENIED.

The Clerk is ordered to close this case.

SIGNED this 12th day of February, 2019.

_____
Fernando Rodriguez, Jr.
United States District Judge